

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00712-CR

Lisa Ann **ESCOBEDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 565471
Honorable Crystal D. Chandler, Judge Presiding

## O R D E R

On October 30, 2018, the court reporter filed a Notification of Late Record stating appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record. Thereafter, we ordered appellant to file proof that either arrangements had been made to pay the reporter's fee or that appellant was entitled to appeal without paying the reporter's fee. On November 27, 2018, appellant's counsel notified the court that he had recently been appointed appellate counsel in accordance with article 26,04 of the Texas Code of Criminal Procedure and that appellant is entitled to appeal without paying the reporter's fee. Accordingly, the court reporter is ORDERED to file the reporter's record in this court **no later than December 27, 2018.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court